STATE OF NEW JERSEY v. ERIC CRUZ.

September 19, 1989.

Petition for certification denied. (See 232 *N.J.Super.* 294).

STATE OF NEW JERSEY v. JOHN D. PIERCE.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN FERRILLI.

September 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS CRANDALL.

September 19, 1989.

Petition for certification denied.